PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

Name of Offender: **Dana Maurice Ward**     Case Number: **1:01CR00049**

Name of Sentencing Judicial Officer:     **The Honorable Susan J. Dlott**
**United States District Judge**

Date of Original Sentence: **December 4, 2001**

Original Offense: **Making a False Claim**

Original Sentence: **36 month(s) probation. On 10-19-04, supervision was extended by 2 years, for a total term or 5 years probation.**

Type of Supervision: **Probation**     Date Supervision Commenced: **December 4, 2001**

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Failure to pay restitution: The defendant was ordered to pay $3,212.00 in restitution. To date, the defendant has paid $1,670.00 toward his restitution. |

U.S. Probation Officer Action:
**The defendant earns approximately $2,600.00 a month. The defendant pays $800.00 per month child support in addition to his necessary monthly expenses. Therefore, in light of the above, it is recommended that the defendant's supervision be allowed to expire on schedule on 12-3-06. The**

government has been notified and the defendant has executed a Consent Agreement, which is attached.

|  | Respectfully submitted, |  | Approved, |
|---|---|---|---|
| by | *[signature]* <br> Lorraine Cooper <br> U. S. Probation Officer | by | *[signature]* Marc R. [illegible] for <br> John Cole <br> Supervising U. S. Probation Officer |
|  | Date:   **October 27, 2006** |  | Date:   **October 27, 2006** |

[X] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

Nov 1, 2006
Date